

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00421-CV

| | | |
|---|---|---|
| Jack Brewer, Individually and d/b/a Resolution Trust Co. | § | From the 158th District Court |
| | § | of Denton County (2012-20443-158) |
| v. | § | July 18, 2013 |
| Green Lizard Holdings, L.L.C. Series SR | § | Opinion by Justice Bleil |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By_____
Justice Charles Bleil